UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN F. GONZALEZ,

Plaintiff,

v.

C.O. SABATINO FONTES, et al.,

Defendants.

Case No.: 2:26-cv-02869-JAD-NJK

**ORDER**

Nevada inmate John F. Gonzalez brings this *pro se* civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while incarcerated at High Desert State Prison. Docket No. 1-1. However, Plaintiff did not sign the complaint. *See* Docket No. 1-1 at 7. "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. Further, the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a). If Plaintiff wishes to proceed with this action, Plaintiff must file a signed signature page (page 10 of the court's form). He does not need to re-submit the entire complaint.

For the foregoing reasons,

IT IS ORDERED that Plaintiff must file a signed signature page no later than **October 19, 2026**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: September 17, 2026

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE